STEVEN T. LOVETT (*Pro Hac Vice* forthcoming)
steve.lovett@stoel.com
STOEL RIVES LLP
760 SW 9th Avenue, Ste. 3000
Portland, OR  97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

NICOLE C. HANCOCK, ISB No. 6899
nicole.hancock@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Plaintiff Electronic Controls Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELECTRONIC CONTROLS COMPANY, an Idaho corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>EMERGENCY TECHNOLOGY, INC., a Michigan corporation D/B/A SOUNDOFF SIGNAL,<br><br>        Defendant. | Case No.<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

Plaintiff Electronic Controls Company ("ECCO" or "Plaintiff") alleges as follows for its

complaint against Defendant Emergency Technology, Inc. D/B/A SoundOff Signal ("SoundOff

or "Defendant").

COMPLAINT AND DEMAND FOR JURY TRIAL - 1
120066350.1 0042159-00015

## NATURE OF THE ACTION

1.    This action arises out of Defendant's making, using, advertising, distributing,

selling, and/or offering for sale safety warning alarms in the United States and, upon information

and belief, in the State of Idaho, designed and manufactured with a housing that copies and

infringes ECCO's distinctive trade dress protected by U.S. Trademark Registration No.

3,221,085 ("the '085 Registration").  A copy of the '085 Registration is attached as **Exhibit A** to

this Complaint.  The design shown in the '085 Registration is reproduced below:



## PARTIES

2.    Plaintiff ECCO is a corporation organized and existing under the laws of the State

of Idaho and has a place of business at 833 W. Diamond St., Boise, Idaho. ECCO is in the

business of providing vehicle safety equipment to manufacturers of heavy equipment and public

safety vehicles.

3.    ECCO is an industry leader in emergency vehicle lighting and alert products. ESG

dedicates substantial time and resources to developing and marketing new products and product

designs and protecting its designs and trade dress.  Among other products, ECCO markets and

sells genuine ECCO brand safety warning alarms including genuine ECCO brand safety warning alarms embodying the design of the '085 Registration.

4.      ECCO owns all right, title, and interest in the '085 Registration, related common law rights, and all associated goodwill.  ECCO owns full and exclusive rights to use, exploit, license, exclude, enforce, collect damages or other relief, and all other rights regarding the '085 registration and related common law rights.

5.      Upon information and belief, Defendant Emergency Technology, Inc. is a corporation organized and existing under the laws of the State of Michigan, with a place of business at 3900 Central Parkway, Hudsonville, Michigan.  As reflected in the records of the Michigan Department of Licensing and Regulatory Affairs, Defendant does or has done business under a variety of registered assumed business names, including SoundOff Signal.  Defendant is in the business of selling, inter alia, safety warning alarms that directly compete with ECCO's safety warning alarms, including genuine ECCO brand safety warning alarms that embody the design of the '085 Registration.

## JURISDICTION AND VENUE

6.      This action is based on the trademark laws of the United States, 15 U.S.C. § 1051 *et seq.,* for violation of the Lanham Act as well as state and common law.

7.      This Court has subject matter jurisdiction over Plaintiff's Lanham Act claims pursuant to 28 U.S.C. §§ 1331 and 1338.  This Court has subject matter jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 because they arise from the same facts as and are intertwined with Plaintiff's federal law Lanham Act claims.  In addition, this Court has subject matter jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1332

because the parties are completely diverse in citizenship and the amount in controversy significantly exceeds $75,000.

8.      This Court has specific personal jurisdiction over Defendant because Defendant has purposefully directed its activities from which Plaintiff's claims arise into the State of Idaho. Defendant has established dealers in the State of Idaho and refers customers in Idaho to those dealers to purchase Defendant's products.  Upon information and belief, Defendant has sold the accused infringing safety warning alarms incorporating or confusingly similar to Plaintiff's trade dress into the State of Idaho, directly and/or through its dealers in Idaho, and has further caused harm to Plaintiff's reputation and goodwill in the State of Idaho, including as a result of those infringing sales into Idaho.

9.      Defendant operates an interactive website at https://soundoffsignal.com, through which it promotes its products including the products accused of infringement and unfair competition in this Complaint.  Attached as **Exhibit B** are printouts from Defendant's website showing Defendant's marketing and offering for sale of its infringing WT100 Backup Alarm.  In addition, Defendant's website specifically targets sales into Idaho with intentionally established dealers in Idaho.  Reproduced below is a screen capture from the "Find A Dealer" tool on Defendant's website showing that a search for dealers in Idaho, for example, directs Idaho customers to dealers in Pocatello, Idaho and Boise, Idaho.



10.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391 and 1400 because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Idaho, including upon information and belief, Defendant's sales of accused infringing products into the State of Idaho and through its established network of Idaho dealers, as well as harm to Plaintiff's business, goodwill, and reputation in Idaho.

**ECCO'S INCONTESTABLE REGISTERED TRADE DRESS**

11.     ECCO owns all right, title, and interest in the '085 Registration, related common law rights, and all associated goodwill.  ECCO owns full and exclusive rights to use, exploit, license, exclude, enforce, collect damages or other relief, and all other rights regarding the '085 registration and related common law rights (collectively the "Registered Trade Dress").

12.     The United States Patent and Trademark Office lawfully issued the '085 Registration on March 27, 2007, and acknowledged the incontestability thereof pursuant to 15 U.S.C. §1065 more than a decade ago, on February 19, 2013.

13.     ECCO has engaged in substantially continuous and exclusive interstate commerce in the United States under the Registered Trade Dress since, at least, the early 1990's — well before Defendant's infringement — by promoting, distributing, and selling tens of thousands of alarms incorporating the Registered Trade Dress ("Trade Dress Products") annually and has earned millions of dollars in revenue annually from such sales. *See* **Exhibit C** (website printout showing example of currently available genuine Trade Dress Product offered for sale by ECCO).

14.     The Registered Trade Dress, as embodied in the Trade Dress Products, has acquired distinctiveness, serves as a source identifier for ECCO's genuine Trade Dress Products, and is strongly associated with Plaintiff through many years of sales, marketing, and recognition within the industry and among Plaintiff's customers, business partners, and end users. The Registered Trade Dress signifies the high quality of the Trade Dress Products as well as ECCO's hard-earned recognition, reputation, and goodwill in the marketplace.

15.     As recognized by the U.S. Patent and Trademark Office in granting the '085 Registration, ECCO's Registered Trade Dress is not "functional" in a trademark sense (even though the Trade Dress Products are useful devices), because the Registered Trade Dress is not essential to the use or purpose of the Trade Dress Products and does not affect their cost or quality.  Innumerable alternative exterior shape designs are available that could achieve the same function without trading on ECCO's goodwill and reputation in the market.

**DEFENDANT'S ACTS OF INFRINGEMENT AND UNFAIR COMPETITION**

16.     Upon information and belief, Defendant has deliberately copied the Registered Trade Dress to capture the demand for Plaintiff's safety warning alarms and capitalize on the distinctiveness of the Registered Trade Dress and ECCO's associated goodwill, recognition, and reputation in the marketplace.

17.     Defendant has developed and is marketing, offering for sale, and selling products incorporating or confusingly similar to the design of the Registered Trade Dress (the "Infringing Products"), including Defendant's WT100 Backup Alarm.  An example image of Defendant's WT100 Backup Alarm is reproduced below.



18.     On or about April 12, 2023, ECCO formally notified Defendant of ECCO's trade dress rights and demanded that Defendant cease its infringement.  Defendant responded, through counsel, on or about May 17, 2023, refusing to cease sales and promotion of the Infringing

Products.  Copies of ECCO's letter and Defendant's response letter are attached as **Exhibits D and E**, respectively.  Since ECCO's April 12, 2023 letter, Defendant has, upon information and belief, continued to display, promote, offer, and sell the Infringing Products in direct competition with ECCO's genuine Trade Dress Products.

19.     The similarity of Defendant's Infringing Products to the Registered Trade Dress creates and is likely to cause confusion in the marketplace generally and among ECCO's and Defendant's customers, business partners, and end users specifically. Defendant's acts constitute willful violations of ECCO's rights, entitling ECCO to actual damages, exemplary damages, disgorgement of profits, attorneys' fees, costs, interest, and injunctive relief against Defendant.

20.     As one example of the actual confusion in the marketplace, Ford Motor Company ("Ford") is offering for sale what it describes as one of Defendant's Infringing Products, using pictures of a genuine ECCO Trade Dress Product, as reflected at Ford's website at https://accessories.ford.com/products/f-150-2021-ecco-back-up-reverse-alarm-1, a Page Vault capture of which is attached as **Exhibit F** and a screen capture of which is reproduced in part below.



## COUNT 1
## TRADEMARK INFRINGEMENT

21.     ECCO realleges and incorporates herein by reference the above paragraphs.

22.     Defendant's making, marketing, using, selling, and offering to sell knockoff safety warning alarms embodying ECCO's Registered Trade Dress is an unauthorized use in commerce of the Registered Trade Dress protected by ECCO's '085 Registration.

23.     Defendant's acts complained about herein create and are likely to cause confusion, mistake, or deception as to the origin and source of ECCO's and Defendant's directly competing goods. Defendant's acts further create and are likely to create confusion, mistake, or deception as to the affiliation, approval, sponsorship, or lack thereof between ECCO's and Defendant's products.

24.     Defendant's infringing acts have damaged, and will continue to damage, ECCO's business, reputation, and good will and may discourage current and potential customers and members of the public from dealing with ECCO. Defendant's conduct has caused, and unless

restrained and enjoined will continue to cause, irreparable harm to ECCO that cannot be adequately compensated or measured by money alone. ECCO has no adequate remedy at law.

25.     Defendant is liable under 15 U.S.C. § 1114 for infringement of ECCO's Registered Trade Dress. Under the Lanham Act, ECCO is entitled to preliminary and permanent injunctive relief enjoining Defendant's continued infringement of ECCO's Registered Trade Dress and recalling all Infringing Products sold or distributed by Defendant.

26.     Defendant is liable under 15 U.S.C. § 1114 for infringement of ECCO's Registered Trade Dress. Under the Lanham Act, ECCO is entitled to preliminary and permanent injunctive relief enjoining Defendant's continued infringement of ECCO's Registered Trade Dress and recalling all Infringing Products sold or distributed by Defendant.

27.     Pursuant to 15 U.S.C. § 1118, Defendant should be ordered to deliver all units of the Infringing Products to Plaintiff or Plaintiff's designee to be destroyed.

## COUNT II
## FALSE DESIGNATION OF ORIGIN

28.     ECCO realleges and incorporates herein by reference the above paragraphs.

29.     Defendant's promotion, offer for sale, and sale of the Infringing Products violates Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), because it constitutes willful and deliberate use in commerce of ECCO's Registered Trade Dress, which is likely to cause confusion, mistake, and deception as to the approval, origin, or sponsorship by ECCO of products and services provided by Defendant, and which accordingly constitutes unfair competition and infringement of the Registered Trade Dress.

30.     Defendant's conduct has caused, and unless restrained and enjoined will continue to cause, irreparable harm to ECCO that cannot be adequately compensated or measured by money alone. ECCO has no adequate remedy at law.

31.     Pursuant to 15 U.S.C. § 1116, ECCO is entitled to preliminary and permanent injunctive relief stopping Defendant's continuing infringement of Registered Trade Dress and recalling all Infringing Products.

32.     Pursuant to 15 U.S.C. § 1117(a), ECCO is entitled to recover its actual damages, Defendant's profits, and the costs of this action.

33.     Because Defendant's infringing acts were intentional and in bad faith, the court should enter an award of enhanced damages under 15 U.S.C. § 1117(a) in an amount up to three times the actual damages.

34.     This case is exceptional under 15 U.S.C. § 1117(a), and ECCO should be awarded its reasonable attorneys' fees.

35.     Pursuant to 15 U.S.C. § 1118, Defendant should be ordered to deliver up the Infringing Products to Plaintiff or Plaintiff's designee to be destroyed.

**COUNT IV**
**COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**

36.     ECCO realleges and incorporates herein by reference the above paragraphs.

37.     Defendant's actions constitute unfair competition under applicable state common law, in that Defendant's Infringing Products are deceptively similar to ECCO's Registered Trade Dress, and Defendant's use of such design in its Infringing Products is creating or increasing a likelihood of confusion between goods provided by ECCO and Defendant, to the detriment of ECCO and the public.

38.     Defendant's continued promotion, marketing, offering for sale, and sales of the Infringing Products is causing actual confusion in the marketplace and is likely to unfairly divert trade and to damage ECCO's goodwill and business reputation.

39.     Defendant's conduct as herein alleged has caused, and unless restrained and enjoined will continue to cause, irreparable harm to ECCO that cannot be adequately compensated or measured by money alone. ECCO has no adequate remedy at law. ECCO is entitled to preliminary and permanent injunctive relief preventing Defendant from continuing to infringe and trade on the Registered Trade Dress and recalling all Infringing Products.

40.     In addition, as a direct and proximate result of Defendant's conduct, ECCO has suffered and will continue to suffer damages in an amount that is presently unknown but that will be determined according to proof at trial.

## COUNT V
## UNFAIR COMPETITION UNDER IDAHO CODE SECTION 48-603

41.     ECCO realleges and incorporates herein by reference the above paragraphs.

42.     Defendant's marketing, offering, sale, and promotion of its Infringing Products that incorporate or are confusingly similar to ECCO's Registered Trade Dress constitutes unfair business practices.

43.     Defendant's actions have been willful, negatively impact the public interest, and will be injurious to the public in Idaho as well as to ECCO in violation of Idaho Code § 48-601, *et seq*.

44.     As a direct result of Defendant's conduct, ECCO has suffered and will continue to suffer monetary loss and irreparable injury to its business, reputation, and goodwill.

////

////

////

## PRAYER FOR RELIEF

WHEREFORE, ECCO prays for judgment as follows:

A.      That Defendant (and its affiliates, subsidiaries, agents, servants, employees, and any and all persons in active concert, privity, or participation with any of them) be restrained and preliminarily and permanently enjoined from:

     a.   Infringing the '085 Registration (directly, contributorily, and/or vicariously); and

     b.   Using any trade dress or product design identical or confusingly similar to the '085 Registration;

B.      That judgment be entered in favor of ECCO and against Defendant, including:

     a.   An accounting and disgorgement of all profits and property wrongfully made or obtained by Defendant, to be held in constructive trust for the benefit of ECCO during the pendency of this action until the judgment is satisfied;

     b.   An award to ECCO of its actual damages;

C.      That the Court hold this case to be exceptional and that the damages be trebled as provided by governing law;

D.      That Defendant be ordered to pay Plaintiff the expenses of this action, including reasonable attorney's fees, costs, and interest as provided by governing law;

E.      That Defendant be ordered to recall and deliver to ECCO for impoundment and destruction all of Defendant's products found to infringe, whether installed, in inventory, or in use, and that Defendant be directed to file with the Court and serve on ECCOa written report under oath setting for the manner in which Defendant has complied with the Court's order; and

F.      That ECCO be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

ECCO demands trial by jury as to all issues so triable.

DATED:  June 30, 2023                    STOEL RIVES LLP


                                         /s/ Nicole C. Hancock
                                         Nicole C. Hancock
                                         Steven T. Lovett (Pro Hac Vice forthcoming)

                                         *Attorneys for Defendant*

**EXHIBIT A**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,221,085

Registered Mar. 27, 2007

## TRADEMARK
### PRINCIPAL REGISTER



ELECTRONIC CONTROLS COMPANY (IDAHO CORPORATION)

833 WEST DIAMOND

BOISE, ID 83705

FOR: ELECTROMECHANICAL SAFETY WARNING ALARMS FOR USE ON VEHICLES AND MACHINERY EMPLOYED IN CONSTRUCTION, MAINTENANCE, MATERIAL HANDLING AND TRANSPORTATION INDUSTRIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.

OWNER OF U.S. REG. NOS. 2,501,189 AND 2,915,640.

THE MARK CONSISTS OF THE CONFIGURATION OF THE HOUSING OF AN ELECTROMECHANICAL SAFETY WARNING ALARM USED ON VEHICLES AND MACHINERY. THE CONFIGURATION INCLUDES A SUBSTANTIALLY HEXAGONAL HOUSING. THE DASHED LINES ARE NOT CLAIMED AS PARTS OF THE MARK BUT ONLY SERVE TO DEMONSTRATE THE POSITION OF THE PROPOSED MARK ON THE IDENTIFIED GOODS.

SEC. 2(F).

SER. NO. 76-646,257, FILED 9-6-2005.

DORITT L. CARROLL, EXAMINING ATTORNEY

**EXHIBIT B**

LAW ENFORCEMENT                          Search by Part Number

FIRE & EMS                               Find a Dealer

AMBER                                    Dealer Portal

GOVERNMENT

Home (/s/)        Products        About        Support    Log in        Events        Contact

Home (/home) > Products > Electronics

## WT100 Backup Alarm

Precautionary alert for heavy vehicles and equipment



‹        ›

View Products

Jump to:

Features        Tech Specs        Part Numbers        Resources

# FEATURES                                              

- Weatherproof nylon housing and epoxy encapsulated circuit board provides durability and protection against moisture and dust
- Vibration resistant for heavy equipment usage

- Protected against voltage spikes and reverse polarity
- Universal mounting capability
- Perfect safety addition to work trucks, municipal fleets, utility vehicles, heavy construction equipment and more
- Includes harness and connector (connector can be removed if unnecessary for your application)

## TECH SPECS

**Decibel Level**

102 dB +/- 4 dB

**Voltage**

12-24 Vdc

**Mounts**

Universal mounting

**Operating Temperature**

-40˚C to +85˚C (-40˚F to +185˚F)

**IP Rating**

IP67

**Amperage**

0.6 amps

**Warranty**

Two year

**Material**

Nylon housing with epoxy encapsulated electronics

**Dimensions**

4.0" L x 2.7" H x 1.6" D (alarm), 7.75" L (harness)

**Mounts**

Universal mounting

**Certifications**

SAE J1849, SAE J994 Type C

## PART NUMBERS

| PART NUMBER | ETBUALM02 |
| --- | --- |
| DESCRIPTION | WT100 Backup Alarm |
| WARRANTY | 2 years |
| QTY | 1 |
| PRICE | $59.00 |

## RESOURCES

Product Information Sheets

 WT100 Backup Alarm (https://gallery.soundoffsignal.com/m/7a8683982d98f411/original/soundoff-wt100-info-sheet.pdf)

| | | |
|---|---|---|
| Law Enforcement | About Us | Privacy Policy |
| Fire & EMS | Careers | Cookie Policy |
| Amber | Contact Us | Patent Notification |
| Government | Find a Dealer | CA Proposition 65 |
| mpower® Off-Road Lighting | | SoundOff Signal Latin America |

SOUNDOFF SIGNAL

P.O. Box 206

Hudsonville, MI 49426

(800) 338-7337

Copyright © 2023 SoundOff Signal

LAW ENFORCEMENT                                    Search by Part Number

FIRE & EMS                                         Find a Dealer

AMBER                                              Dealer Portal

GOVERNMENT

Home (/s/)        Products        About        Support    Log in        Events        Contact

Home (/home) > Products > Electronics

## WT100 Backup Alarm

Precautionary alert for heavy vehicles and equipment



 

‹                                                                        ›

View Products

Jump to:

Features      Tech Specs      Part Numbers      Resources

## FEATURES                                                           

- Weatherproof nylon housing and epoxy encapsulated circuit board provides durability and protection against moisture and dust
- Vibration resistant for heavy equipment usage

- Protected against voltage spikes and reverse polarity
- Universal mounting capability
- Perfect safety addition to work trucks, municipal fleets, utility vehicles, heavy construction equipment and more
- Includes harness and connector (connector can be removed if unnecessary for your application)

## TECH SPECS ⊖

**Decibel Level**

102 dB +/- 4 dB

**Voltage**

12-24 Vdc

**Mounts**

Universal mounting

**Operating Temperature**

-40˚C to +85˚C (-40˚F to +185˚F)

**IP Rating**

IP67

**Amperage**

0.6 amps

**Warranty**

Two year

**Material**

Nylon housing with epoxy encapsulated electronics

**Dimensions**

4.0" L x 2.7" H x 1.6" D (alarm), 7.75" L (harness)

**Mounts**

Universal mounting

**Certifications**

SAE J1849, SAE J994 Type C

## PART NUMBERS ⊖

| PART NUMBER | ETBUALM02 |
| --- | --- |
| DESCRIPTION | WT100 Backup Alarm |
| WARRANTY | 2 years |
| QTY | 1 |
| PRICE | **$59.00** |

## RESOURCES ⊖

Product Information Sheets

 WT100 Backup Alarm (https://gallery.soundoffsignal.com/m/7a8683982d98f411/original/soundoff-wt100-info-sheet.pdf)

Law Enforcement

Fire & EMS

Amber

Government

mpower® Off-Road Lighting

About Us

Careers

Contact Us

Find a Dealer

Privacy Policy

Cookie Policy

Patent Notification

CA Proposition 65

SoundOff Signal Latin America

SOUNDOFF SIGNAL

P.O. Box 206

Hudsonville, MI 49426

(800) 338-7337

Copyright © 2023 SoundOff Signal

# EXHIBIT C

Cookies help us deliver the best experience. By using this site, you agree to our use of cookies.

LEARN MORE    GOT IT



# 500 SERIES
**SURFACE MOUNT**







## Product Description

### Alarm Type

Smart | Tonal

### Decibel

82-102 dB(A) | 77-97 dB(A) | 87 dB(A) | 97 dB(A)

102 dB(A) | 107 dB(A)

### Voltage

12-24 V | 12-48 V | 12 V | 12-80 V

### Alarm Tones

97 dB(A) | Tonal 102 dB(A) | Tonal 107 dB(A)

Tonal 77 dB(A) | Tonal 82-102 dB(A) | Tonal 87 dB(A)

SKU # SA950

WHERE TO BUY

**Products**    **Back-Up Alarms**    500 Series

## SPECIFICATIONS

| | |
|---|---|
| MOUNT | 2 BOLT |
| DECIBEL | 82-102 DB(A) |
| APPROVAL | CE, R10, UL, IP65 |
| HEIGHT | 2.8 |
| LENGTH / WIDTH | 4 |
| DEPTH | 1.6 |
| WARRANTY | 2 YEAR |
| VOLTAGE | 12-24 V |
| AMPS | 0.4 |

## RESOURCES

DATA SHEET

TECH DRAWINGS

HI-RES IMAGE DOWNLOAD

Warning! Cancer and Reproductive Harm – www.P65Warnings.ca.gov

## PRODUCTS

833 W. Diamond Street
Boise, ID 83705 USA

More Locations

An **ECCO SAFETY GROUP™** Brand

© 2023 ECCO SAFETY GROUP

Accessories
Back-Up Alarms
Beacons
Camera Systems
Directional LEDs
Electric Vehicle
Interior Lighting
Lightbars
Minibars
Safety Directors
Utility Bars

Worklights
NEW Products

## ECCO RESOURCES

Product Finder
News
Company Store
Emergency Products
Sales Portal
Catalog
Cookies
Privacy Statement
Overstock Returns (OSR)
Terms of Use
Disclosures
Sitemap
Marketing Support Request
Americas Brand Guidelines

CONTACT US

## FOLLOW

## NEWSLETTER

SIGNUP

COUNTRY: UNITED STATES CHANGE

**EXHIBIT D**



April 12, 2023

<u>**Email and Priority Mail**</u>

Bryan Nyeholt
President at SoundOff Signal
P.O. Box 206
Hudsonville, MI 49426

     Re:     Trade Dress Infringement – SoundOff WT100 Backup Alarm

Dear Mr. Nyeholt:

     This letter is in regard to your infringement of intellectual property rights owned by ECCO Safety Group ("ESG"). As you may know, ESG is an industry leader in emergency vehicle lighting and alert products. ESG dedicates substantial time and resources to developing and marketing new products and product designs and protecting its designs and trade dress.

     ECCO's protected designs and trade dress include the signature design of its 500 Series backup alarm. A picture of an ECCO 500 Series backup alarm is provided below, showing its octagonal body surrounding a circular grill. ECCO has used this design commercially for at least 16 years and has accordingly accrued common law trade dress rights in this design.



**ECCO 500 Series Backup Alarm**



**ECCO Registered Trade Dress**

     In addition to its rights under common law, ECCO has registered its trade dress rights to the shape and octo-arc grill design with the United States Trademark Office. An illustration of U.S. Trademark Reg. No. 3221085 is also shown above. The trademark, which ECCO has owned for more than 16 years, is registered in relation to "electromechanical safety warning alarms for



use on vehicles and machinery employed in construction, maintenance, material handling and transportation industries."

It has recently come to our attention that SoundOff Signal ("SoundOff") is advertising and offering for sale a backup alarm branded as the WT100 Backup Alarm that copies ECCO's protected design infringes on ECCO's trade dress registration. A picture of the infringing WT100 Backup Alarm is shown below and includes the octagonal housing surrounding a circular grill, identical to ECCO's protected trade dress.



**SoundOff WT100 Backup Alarm**

Based on the foregoing, ECCO demands that SoundOff: 1) immediately cease all manufacture, importation, sales, and offers for sale of the WT100 Back-up Alarms shown above, and any similar products that incorporate ECCO's protected designs; 2) provide an accounting of all financials related to sales and profits of the WT100 Back-up Alarms; and 3) promptly provide ECCO with written confirmation that it will comply with these demands.

The foregoing is, of course, without prejudice to any legal rights or remedies that may be available to ECCO, including the right to seek damages or injunctive relief, all of which are expressly reserved. Given the importance of this matter, we remind your organization of its obligation to preserve evidence, including electronic evidence such as e-mails.

SoundOff is specifically advised that any failure or delay in complying with these demands may compound damages for which SoundOff may be liable. If ECCO does not receive a satisfactory response to these demands by the close of business on April 26, 2023, ECCO is prepared to take all steps necessary to protect its valuable intellectual property rights, without further.



Thank you for your attention to this matter. We look forward to hearing from you or your legal representative no later than April 26, 2023.

Very truly yours,

Charles F. Gray
Assistant General Counsel
Clarience Technologies, LLC

**EXHIBIT E**

**McGarry Bair** PC  45 Ottawa Avenue SW   Suite 700   Grand Rapids MI 49503    mcgarrybair.com
Tel (616) 742-3500      Fax (616) 742-1010

G. Thomas Williams                    Direct (616) 742-3514   gtw@mcgarrybair.com

May 17, 2023

VIA ELECTRONIC MAIL

Mr. Charles Gray
Clarience Technologies LLC
20600 Civic Center Dr.
Southfield, Michigan 48076

   Re:  ECCO Trademark Allegations against SoundOff
      Our Reference: 72101-0239

Dear Charles:

  My firm represents Emergency Technology Inc., doing business as SoundOff Signal ("SoundOff"), with respect to intellectual property matters, including litigation. We have been engaged to look into certain allegations made by your client Clarience Technologies, doing business as ECCO ("ECCO"), regarding certain trademark rights that ECCO alleges are infringed by our client's WT100 Backup Alarm.

  Specifically, your client alleges that SoundOff violates U.S. Trademark Registration 4,740,561 to a logo representing the speaker grille pattern on ECCO's alarm product.  This claim is wholly without merit.  SoundOff has never used this logo as a trademark in any sense of the word.  You may examine our products, packaging and website (www.soundoffsignal.com) and you will not find a logo used by SoundOff as a trademark that comes appreciably close in visual impression to the logo shown in the '561 Registration.

  Your client also alleges that the shape of SoundOff's WT100 product infringes the "substantially hexagonal housing" design shown in U.S. Trademark Registration No. 3,221,085. This allegation is equally without merit.  Putting aside the misdescription of the shape of your client's configuration and the apparent inability to illustrate that the shape shown in ECCO's '085 Registration as an indicator of source, one can point to a number of significant differences between the SoundOff product and that shown in the '085 Registration, including the number of sides and the asymmetric alignment of those sides.  Your client will have significant functionality problems in asserting this registration as well.

  For these reasons, and likely others, we find no merit to the allegations made by your client against SoundOff.  If you have any additional information that would assist us in a subsequent review of your allegations, please feel free to forward that information along.  Unless and until that happens, we will consider this matter closed.

**McGarry Bair** PC     Mr. Charles Gray   May 17, 2023   Page 2

Very truly yours,

MᴄGᴀʀʀʏ Bᴀɪʀ PC

G. Thomas Williams

GTW/*

G1735847.DOCX

**EXHIBIT F**

**Page Vault**

| | |
|---|---|
| Document title: | F-150 2021-2023 SoundOff Signal Back Up Reverse Alarm ~ VML3Z14N137A |
| Capture URL: | https://accessories.ford.com/products/f-150-2021-ecco-back-up-reverse-alarm-1 |
| Page loaded at (UTC): | Fri, 30 Jun 2023 19:47:43 GMT |
| Capture timestamp (UTC): | Fri, 30 Jun 2023 19:49:27 GMT |
| Capture tool: | 10.24.3 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | xmkAnJTQAqyATzd3TFDdJW |
| User: | sr-jmcfadden |

PDF REFERENCE #:        fj8pTAV4nsZ6VkGe3PiA5u

 

   

**STORE** · Bronco · Maverick · Accessories · Performance Parts · The Road Ahead    My Account · My Garage



**CHRISTMAS IN JULY!**
25% OFF SELECT ACCESSORIES.* FOR REGISTERED CUSTOMERS. USE CODE XMASJULY723. ENDS 7/9/23.

**SEE ELIGIBLE ITEMS**

OFFER DETAILS

HOME  >  F-150 2021-2023 SOUNDOFF SIGNAL BACK UP REVERSE ALARM



 

Part No: VML3Z14N137A

# F-150 2021-2023 SOUNDOFF SIGNAL BACK UP REVERSE ALARM

☆ ☆ ☆ ☆ ☆

**$229.00**

or redeem up to 45800 Points

VIEW FULL PRODUCT DETAILS ⌄

FITS THESE VEHICLES ⌄

VIEW ACCESSORIES ON YOUR VEHICLE

☐ **Include Installation (+ $96.00)**
or redeem up to 19200 Points

1    **Add to cart**

 Pick up at your selected dealer is free    Nonreturnable item    Engineered to fit your vehicle

PRODUCT DETAILS | FITS THESE VEHICLES | TECHNICAL SPECIFICATIONS | RETURN POLICY | PRODUCT REVIEWS

## ABOUT THIS PRODUCT

Why Buy:
Protect your vehicle and add security with this compact backup alarm featuring ECCO quality and reliability that's also exceptionally durable and moisture-resistant.

Details:
Add security to your vehicle and its contents with this compact and cost-effective backup alarm featuring SoundOff Signal quality and reliability.

- Exceptionally durable and moisture-resistant thanks to a reinforced nylon housing with epoxy-encapsulated electronics

Leave a Message


 
## RECOMMENDED FOR YOU



Ford

ECCO Back Up Reverse Alarm

$105.00



Ford

F-150 SuperCab & SuperCrew 2021-2023 Kicker Audio Upgrade AMP &

$699.00



Ford

Dashcam

$229.00



Ford

Transit 2015-2023 ECCO Back Up Reverse Alarm

$139.00

DISCLOSURES ⌃

¹Closed track. Drift brake is intended for track use only. It should not be used on public roads. See Owner's Manual for information on use.

*Offer valid for one-time only ecommerce purchase of eligible accessories on the Christmas in July page at accessories.ford.com/collections/xmas-in-july. Limited time offer. Excludes shipping and installation. Must be a registered customer on accessories.ford.com at time of purchase to receive discount. Promo code must be applied at checkout to receive discount. Cannot be combined with other offers. Accessories.ford.com reserves the right to change program details at any time without obligations. Not valid in Arizona, Oklahoma or Vermont.

### ACCESSORIES

Exterior

Electronics

Interior

Wheels

Bed Products

Lincoln Accessories

View Accessories on Your Vehicle

### PERFORMANCE

Appearance

Chassis

Electrical

Body

Driveline

### MY PROFILE

LOGIN

Create an Account

Account Details

My Orders & Returns

My Garage

### RESOURCES

Frequently Asked Questions

Contact Us

Shipping & Delivery

Return Policy

Make a Return

Terms & Conditions

Warranty Information

Feedback

### RELATED LINKS

Ford Vehicles

Lincoln Vehicles

Contact Ford

Racing

FordParts.com

Ford Charge Stations

Ford Collision

Power Stroke Diesel

Tire Finder

Leave a Message

   









Ford
ECCO Back Up Reverse Alarm
$105.00

Ford
F-150 SuperCab & SuperCrew 2021-2023 Kicker Audio Upgrade AMP &
$699.00

Ford
Dashcam
$229.00

Ford
Transit 2015-2023 ECCO Back Up Reverse Alarm
$139.00

DISCLOSURES ∧

¹Closed track. Drift brake is intended for track use only. It should not be used on public roads. See Owner's Manual for information on use.

*Offer valid for one-time only ecommerce purchase of eligible accessories on the Christmas in July page at accessories.ford.com/collections/xmas-in-july. Limited time offer. Excludes shipping and installation. Must be a registered customer on accessories.ford.com at time of purchase to receive discount. Promo code must be applied at checkout to receive discount. Cannot be combined with other offers. Accessories.ford.com reserves the right to change program details at any time without obligations. Not valid in Arizona, Oklahoma or Vermont.

## ACCESSORIES

Exterior

Electronics

Interior

Wheels

Bed Products

Lincoln Accessories

View Accessories on Your Vehicle

## PERFORMANCE

Appearance

Chassis

Electrical

Body

Driveline

## MY PROFILE

LOGIN

Create an Account

Account Details

My Orders & Returns

My Garage

## RESOURCES

Frequently Asked Questions

Contact Us

Shipping & Delivery

Return Policy

Make a Return

Terms & Conditions

Warranty Information

Feedback

## RELATED LINKS

Ford Vehicles

Lincoln Vehicles

Contact Ford

Racing

FordParts.com

Ford Charge Stations

Ford Collision

Power Stroke Diesel

Tire Finder

Vintage Parts

© 2023 Ford Motor Company   Site Map   Contact Us   Terms & Conditions   Privacy Notice   Cookie Settings   Your Privacy Choices   Accessibility




Leave a Message