STEVEN T. LOVETT (Admitted *Pro Hac Vice*)
steve.lovett@stoel.com
NATHAN C. BRUNETTE (Admitted *Pro Hac Vice*)
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

NICOLE C. HANCOCK, ISB No. 6899
nicole.hancock@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Plaintiff Electronic Controls Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELECTRONIC CONTROLS COMPANY, an Idaho corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>EMERGENCY TECHNOLOGY, INC., a Michigan corporation D/B/A SOUNDOFF SIGNAL,<br><br>        Defendant. | Case No. 1:23-cv-00311-AKB<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties in this case, through their respective undersigned

legal counsel, that all claims and counterclaims in this case may be dismissed with prejudice, with each side to bear its own fees and costs, and with no right of appeal.

DATED: August 14, 2024          STOEL RIVES LLP

*/s/ Steven T. Lovett*
Nicole C. Hancock (ISB No. 6899)
nicole.hancock@stoel.com
Steven T. Lovett (Admitted *Pro Hac Vice*)
steve.lovett@stoel.com
Nathan C. Brunette (Admitted *Pro Hac Vice* )
nathan.brunette@stoel.com

*Attorneys for Plaintiff*

HAWLEY TROXELL ENNIS & HAWLEY LLP

*/s/ Carsten A. Peterson*
Carsten A. Peterson (ISB No. 6373)
cpeterson@hawleytroxell.com
877 W. Main Street, 2nd Floor
Boise, ID  83702
Telephone:  208.344.6000

McGARRY BAIR PC

*/s/ G. Thomas Williams*
G. Thomas Williams (Admitted *Pro Hac Vice*)
45 Ottawa Avenue SW, Suite 700
Grand Rapids, MI  49503
Telephone:  616.742.3500

*Attorneys for Defendant*